IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMERICAN MEDICAL IMAGING, LLC**                                                          **PLAINTIFF**

v.                                     Case No. 4:23-cv-00666 KGB

**BOB HICKS,** *et al*.                                                                                **DEFENDANTS**

## ORDER AND NOTICE OF HEARING

Before the Court is American Medical Imaging, LLC's ("AMI") emergency motion for temporary restraining order (Dkt. No. 14). AMI has informally through an electronic mail message to the Court confirmed that counsel for defendants Bob Hicks, Lee Duncan, Drew Baxter, Kevin Henriksen, Digital X-Ray Imaging, Inc. ("DXI") (collectively "defendants") have been provided a copy of the emergency motion for temporary restraining order and AMI's memorandum of law in support of its emergency motion for temporary restraining order. AMI has also informally through an electronic mail message to the Court requested, pursuant to Local Rule 7.2(b) of the United States District Court for the Eastern and Western Districts of Arkansas, an expedited briefing schedule and a hearing on its emergency motion for temporary restraining order. Defendants have informally through an electronic mail message to the Court requested the opportunity to file a responsive pleading prior to any hearing and oppose an expedited briefing schedule.

The Court sets the following schedule:

1.  Defendants' response to AMI's emergency motion for temporary restraining order, should it choose to file one, shall be due on or before noon Central Daylight Time on September 7, 2023.

2. The Court will hold a hearing on AMI's emergency motion for temporary restraining order on September 8, 2023, beginning at 10:00 a.m. Central Daylight Time in Courtroom 4D of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201. The Court will confer with counsel for the parties with respect to such a hearing, and the Court may limit in advance the time all parties have to present evidence and argument in this matter.

3. Prior to the hearing, the Court directs the parties to exchange copies of exhibits they intend to present, or to exchange a list of exhibits if copies have already been provided, by 5:00 p.m. Central Daylight Time on September 7, 2023.

4. The Court understands from informal communication with the parties that they do not intend to call witnesses at the hearing on September 8, 2023. If either party's position on that changes prior to the hearing, the party must notify the Court and opposing counsel immediately but no later than 5:00 p.m. Central Daylight Time on September 7, 2023.

5. If any party objects to the Court's consideration of exhibits already in the record in this matter, such objections must be made in writing and filed on or before noon Central Daylight Time on September 7, 2023, and any responses to such objections must be made in writing and filed on or before 8:30 a.m. Central Daylight Time on September 8, 2023.

It is so ordered this 1st day of September, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge