IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| AMERICAN MEDICAL IMAGING, LLC,     ) | |
|                   Plaintiff,    ) | |
|            v.    ) | Civil Action No. 4:23-cv-00666 |
| BOB HICKS, LEE DUNCAN, DREW BAXTER, KEVIN HENRIKSEN, and DIGITAL X-RAY IMAGING, INC.,    ) | Hon. Judge Kristine G. Baker |
|                   Defendants.    ) | |

**MOTION FOR ADMISSION OF MICHELLE REPLOGLE *PRO HAC VICE***

Under Local Rule 83.5(d), attorney Katherine C. Campbell respectfully moves for the admission of Michelle Replogle *pro hac vice* as counsel for Plaintiff American Medical Imaging, LLC in this case, and in support states:

1. Ms. Replogle is a member in good standing of the highest court of Texas. She is also a member in good standing of several federal courts. She is not admitted to practice in any federal district court in Arkansas. Her contact information is:

> Ms. Michelle Replogle
> Sheppard, Mullin, Richter & Hampton LLP
> 700 Louisiana Street, Suite 2750
> Houston, Texas 77002
> (713) 431-7114 – *phone*
> (713) 431-7023 – *fax*
> mreplogle@sheppardmullin.com

2. Ms. Replogle designates Katherine C. Campbell as the member of the bar of this Court who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of this case. Ms. Campbell's contact information is:

1

>Ms. Katherine C. Campbell
>Friday, Eldredge & Clark, LLP
>3350 S. Pinnacle Hills Pkwy, Ste. 301
>Rogers, AR 72758
>(479) 695-6040 – *phone*
>(501) 537-2946 – *fax*
>kcampbell@fridayfirm.com

3. Ms. Replogle affirms to the Court's local rules and to the jurisdiction of this Court in matters of discipline.

4. Counsel will pay the *pro hac vice* admission fee when this motion is filed.

Accordingly, Katherine C. Campbell respectfully moves for the admission of Michelle Replogle *pro hac vice* as counsel for Plaintiff in this case.

Dated: January 3, 2024         Respectfully submitted,

>Katherine C. Campbell (Ark. Bar No. 2013241)
>**FRIDAY, ELDREDGE & CLARK, LLP**
>3350 S. Pinnacle Hills Pkwy, Suite 301
>Rogers, Arkansas 72758
>Tel: (479) 695-6040
>Fax: (501) 537-2946
>kcampbell@fridayfirm.com