1IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMERICAN MEDICAL IMAGING, LLC**                                                                  **PLAINTIFF**

v.                                      Case No. 4:23-cv-00666 KGB

**BOB HICKS**, *et al.*                                                                                    **DEFENDANTS**

### ORDER

Before the Court the parties' stipulation of dismissal with prejudice (Dkt. No. 71). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees (Dkt. Nos. 13; 43).

It is so ordered this 10th day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge